**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Skyler Rice
SPN: 01956417   Cell: 5H1
Street 1200 Baker St.
HOUSTON, TEXAS 77002





U.S. POSTAGE
ZIP 77002
02 4W
000036878

**INDIGENT**

"Legal Mail"
2 of 2

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
APR 15 2020
David J. Bradley, Clerk of Court

7720861010 B001